Order filed August 16, 2016



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00257-CV

_____

## DAVID HAMRICK AND MAGGIE HAMRICK, INDIVIDUALLY AND AS CO-TRUSTEES OF THE HAMRICK FAMILY LIVING TRUST AND LEON AND WYNN BRAY, Appellants

### V.

## TOM WARD AND BETSEY WARD, Appellees

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-61600**

## O R D E R

Appellants' brief was due August 8, 2016**.** No brief or motion for extension of time has been filed. Unless appellants file a brief with this court on or before **September 15, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM